UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN SMITH,<br><br>           Petitioner,<br><br>     v.<br><br>F. FOULK, Warden,<br><br>           Respondent. | No.  2:16-cv-0127 AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

The application attacks a conviction issued by the Contra Costa County Superior Court. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Contra Costa County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

////
////
////
////

1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is
2 transferred to the United States District Court for the Northern District of California.
3 DATED: January 27, 2016

                                               ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE