UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JORDAN SMITH,

        Petitioner,

    v.

F. FOULK,

        Respondent.

Case No. 16-cv-00500-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Jordan Smith has not complied with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $5.00. Accordingly, this federal habeas action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Smith may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, **or** (2) full payment for the $5.00 filing fee.

The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 8, 2016



WILLIAM H. ORRICK
United States District Judge